UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Louis Pena Zavala,<br><br>　　　　Defendant. | 2:03-CR-421-MMM<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A) ☒  the appearance of defendant as required; and/or
　　(B) ☒  the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will not refrain from criminal conduct. Defendant has sustained arrests while on release. Defendant also has failed to comply with substance testing requirements.

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he failed to report and absconded from supervised release.

IT IS ORDERED that defendant be detained.

DATED: 2/8/10

_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2